THOMAS SHIELS, as Receiver of the Property of R. A. BRACH-VOGEL, Trading as NIX-E COMPANY, Appellant, *v.* JENNY K. STAFFORD, Respondent.

*Shiels* v. *Stafford*, 131 App. Div. 932, affirmed.
(Argued January 24, 1910; decided February 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 15, 1909, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover the balance of a sum of money alleged to have been deposited with the defendant.

*J. Warren Greene* and *Frederick C. Gladden* for appellant.

*James M. Beck* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.